UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-163-FL2

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TYNAI RENICE WILLIAMS | ORDER |

The matter coming before the Court on the Joint Motion by the Defense and the Government, and for good cause shown, for the relief sought in the alternative, it is hereby ORDERED that: The Court ORDERS the release of Ms. Williams on the standard release conditions to her Grandmother's home in Florida, pending sentencing in this case, currently scheduled for the Court's December 2020 term.

This 9th day of October, 2020.

_____
LOUISE WOOD FLANAGAN
United States District Court Judge

1